# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                    :      Chapter 11
                                                          :
HO WAN KWOK, *et al.*,[1]                                 :      Case No. 22-50073 (JAM)
                                                          :
      Debtor.                                           :      (Jointly Administered)
---------------------------------------------------------x
                                                          :
HK International Funds Investments                        :
(USA) Limited, LLC                                        :
                                                          :
                                                          :      Adv. Proceeding No. 22-05003
      Plaintiff                                         :
v.                                                        :
                                                          :
Ho Wan Kwok                                               :
                                                          :
      Defendant                                         :
                                                          :
---------------------------------------------------------x
                                                          :
Chapter 11 Trustee Luc A. Despins                         :
                                                          :
      Counter-Plaintiff                                 :
v.                                                        :
                                                          :
HK International Funds Investments                        :
(USA) Limited, LLC, and Mei Guo                           :
                                                          :
      Counter-Defendants.                              :
---------------------------------------------------------x

# ORDER GRANTING
## CHAPTER 11 TRUSTEE'S APPLICATION FOR PREJUDGMENT REMEDY

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREAS, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), is the counterclaim-plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), has made an application for prejudgment remedy (the "Application") to secure his claims against counterclaim-defendants HK INTERNATIONAL FUNDS INVESTMENTS (USA) Limited LLC ("HK USA") and MEI GUO ("Ms. Guo" and, together with HK USA, collectively, the "Counterclaim-Defendants"); and

WHEREAS, on the basis of the papers submitted, including but not limited to the supporting affidavit(s), following a hearing, and upon the consent of the Counterclaim-Defendants, there is probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the Trustee,

NOW, THEREFORE, it is hereby ORDERED that the Trustee shall be authorized, to the amount of the Judgment (as defined in the Application, attached hereto as **Exhibit 1**), in an amount not less than $202,732,400.00 with regard to HK USA, and in an amount not less than $68,732,400.00 with regard to Ms. Guo;

(a) To attach sufficient property of the Counterclaim-Defendants, as known or as may hereafter be identified, including in the Counterclaim-Defendants' disclosures pursuant to the Trustee's Motion for Disclosure of Assets, attached hereto as **Exhibit 2**, (the "Disclosure Motion") or as otherwise discovered by the Trustee, to secure such sum;

(b) To garnish the Counterclaim-Defendants' accounts at any financial institution, as known or as may hereafter be identified, including in the Counterclaim-Defendants' disclosures pursuant to the Trustee's Disclosure Motion or as otherwise discovered by the Trustee;

(c) To attach any stock, membership, or other equity interests of the Counterclaim-Defendants in any entity(ies), including, without limitation, Ms. Guo's membership interest in HK USA;

(d) To attach any personal property (including but not limited to automobiles, boats, aircraft, art, jewelry, and collectibles) in which the Counterclaim-Defendants have any interest, including, without limitation, any interest in the Lady May;

(e) To attach property of the Counterclaim-Defendants in possession of any third persons, as known, including any interest and/or right to payment of the Counterclaim-Defendants with respect to the funds—originally $37 million—that HK USA placed into an escrow account under the April 29, 2022 stipulation regarding the *Lady May*'s return to the United States, or as may hereafter be identified, including in the Counterclaim-Defendants' disclosures pursuant to the Trustee's Disclosure Motion or as otherwise discovered by the Trustee; and/or

(f) To garnish third persons in possession of other property of the Counterclaim-Defendants or owing debts to the Counterclaim-Defendants, as known or as

may hereafter be identified, including in the Counterclaim-Defendants' disclosures pursuant to the Trustee's Disclosure Motion or as otherwise discovered by the Trustee.

It is further ORDERED that:

1. The Disclosure Motion accompanying the Trustee's Application is GRANTED in all respects.

2. The Trustee shall NOT be required to give a bond in connection with the prejudgment remedy.

3. The Trustee is authorized to take all actions necessary to implement the terms of this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. The Counterclaim-Defendants shall produce to the Trustee by no later than 4:00 p.m. EDT on Friday, March 17, 2023, (i) the addresses of any residences of Mei Guo and (ii) the identities of the legal and beneficial owners of such residences.

Dated at Bridgeport, Connecticut this 17th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

3

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK,                                             :   Case No. 22-50073 (JAM)
                                                         :
          Debtor.                                        :
---------------------------------------------------------x
HK International Funds Investments                       :
(USA) Limited, LLC                                       :
                              Plaintiff                  :   Adv. Proceeding No. 22-05003
v.                                                       :
Ho Wan Kwok                                              :
                              Defendant                  :   September 23, 2022
                                                         :
---------------------------------------------------------x
                                                         :
Chapter 11 Trustee Luc A. Despins                        :
                    Counter-Plaintiff                    :
                                                         :
v.                                                       :
HK International Funds Investments                       :
(USA) Limited, LLC, and Mei Guo                          :
                    Counter-Defendants.                  :
---------------------------------------------------------x

## CHAPTER 11 TRUSTEE'S APPLICATION FOR PREJUDGMENT REMEDY

In support of this application for prejudgment remedy (the "Application") by defendant/counterclaim-plaintiff Luc A. Despins, in his capacity as the chapter 11 trustee in the Debtor's above-captioned chapter 11 case (the "Trustee"), the undersigned respectfully represents as follows:

1. That, on April 11, 2022, plaintiff/counterclaim-defendant HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC ("HK USA"), of 203 NE Front Street, Suite

101, Milford, DE, 19963, commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the predecessor defendant HO WAN KWOK (the "Debtor").

2. That THE TRUSTEE was substituted for the Debtor as the defendant in this Adversary Proceeding.

3. That the Trustee has asserted counterclaims against counterclaim-defendants HK USA and MEI GUO, of 373 Taconic Rd, Greenwich, CT 06831 ("Ms. Guo" and, together with HK USA, collectively, the "Counterclaim-Defendants") in this Adversary Proceeding, as set forth in the Trustee's *Answer and Counterclaims* [Adversary Proceeding Docket No. 36].

4. That there is probable cause that a judgment (the "Judgment") with a value equal to or greater than the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in this Adversary Proceeding in favor of the Trustee's claims asserted in the Answer and Counterclaims as follows:

- On Count I, judgment with a value equal to the value of the Lady May;
- On Count II, judgment with a value equal to the assets, known and unknown, of HK USA, including, without limitation, the Lady May and the Escrowed Funds;
- On Count III, judgment with a value equal to the membership interests in HK USA;
- On Count IV, judgment with a value equal to the Lady May or its value at the time of the asserted intentionally fraudulent transfer; and
- On Count V, judgment with a value equal to or greater than $134 million.

5. To secure such Judgment, the Trustee seeks an order from this court, following a hearing pursuant to Conn. Gen. Stat. § 52-278d, directing that a prejudgment remedy be issued to secure such Judgment: To secure such Judgment, the Trustee requests that he be permitted:

(a) To attach sufficient property of the Counterclaim-Defendants, as known or as may hereafter be identified, including in the Counterclaim-Defendants' disclosures pursuant to the Trustee's Motion for Disclosure of Assets or as otherwise discovered by the Trustee, to secure such sum;

(b) To garnish the Counterclaim-Defendants' accounts at any financial institution, as known or as may hereafter be identified, including in the Counterclaim-Defendants' disclosures pursuant to the Trustee's Motion for Disclosure of Assets or as otherwise discovered by the Trustee;

(c) To attach any stock, membership, or other equity interests of the Counterclaim-Defendants in any entity(ies), including, without limitation, Ms. Guo's membership interest in HK USA;

(d) To attach any personal property (including but not limited to automobiles, boats, aircraft, art, jewelry, and collectibles) in which the Counterclaim-Defendants have any interest, including, without limitation, any interest in the Lady May;

(e) To attach property of the Counterclaim-Defendants in possession of any third persons, as known, including any interest and/or right to payment of the Counterclaim-Defendants with respect to the funds—originally $37 million—that HK USA placed into an escrow account under the April 29, 2022 stipulation regarding the Lady May's return to the United States, or as may hereafter be identified, including in the Counterclaim-Defendants' disclosures pursuant to the Trustee's Motion for Disclosure of Assets or as otherwise discovered by the Trustee; and/or

(f) To garnish third persons in possession of other property of the Counterclaim-Defendants or owing debts to the Counterclaim-Defendants, as known or as

3

may hereafter be identified, including in the Counterclaim-Defendants' disclosures pursuant to the Trustee's Motion for Disclosure of Assets or as otherwise discovered by the Trustee.

6.  The Trustee reserves all rights to seek to amend the amount of the prejudgment remedy during this Adversary Proceeding and in any postjudgment proceedings, as well as to seek other and further ultimate relief, including, without limitation, damages and interest that may not be enumerated herein as part of the prejudgment remedy sought. In further support of this Application, the Trustee submits the Trustee's Affidavit and a Memorandum of Law in Support of the Trustee's Application for a Prejudgment Remedy.

Dated:   September 23, 2022         LUC A. DESPINS,
          New Haven, Connecticut    CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    and

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    and

4

Case 22-50073 Doc 3495 Filed 09/17/23 Entered 09/17/23 19:07:10 Page 5 of 22

Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

5

**EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK,                                             :    Case No. 22-50073 (JAM)
                                                         :
        Debtor.                                          :
                                                         :
---------------------------------------------------------x
HK International Funds Investments                       :
(USA) Limited, LLC                                       :
                        Plaintiff                        :    Adv. Proceeding No. 22-05003
v.                                                       :
Ho Wan Kwok                                              :
                        Defendant                        :    September 23, 2022
                                                         :
---------------------------------------------------------x
                                                         :
Chapter 11 Trustee Luc A. Despins                        :
                        Counter-Plaintiff                :
                                                         :
v.                                                       :
HK International Funds Investments                       :
(USA) Limited, LLC, and Mei Guo                          :
                        Counter-Defendants.              :
---------------------------------------------------------x

**MOTION FOR DISCLOSURE OF ASSETS**

Pursuant to Connecticut General Statutes § 52-278n and Rule 7064 of the Federal Rules of Bankruptcy Procedure, counterclaim-plaintiff Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), and in connection with the *Chapter 11 Trustee's Application for Prejudgment Remedy* (the "Application") files this motion (the "Motion") that the counterclaim-defendants HK International Funds Investments (USA) Limited, LLC ("HK USA") and Mei Guo ("Ms. Guo" and, together with HK USA, collectively, the "Counterclaim-Defendants"), be ordered to disclose the existence, location and extent of its or her interest in any and all sufficient tangible or intangible real or personal property – including, without limitation, general intangibles,

accounts, shares of stocks, bonds, partnership interests, membership interests, contracts, contract rights, notes, bills, drafts, acceptances, letters of credit, debts, accounts receivable, obligations and liabilities in whatever form owing, tax refunds, and all proceeds of any kind of insurance to which it may be entitled – to secure the Judgment (as defined in the Application) in favor of the Trustee, said disclosure to be made through deposition of the Counterclaim-Defendants by the Trustee, with document production provided by the Counterclaim-Defendants in advance thereof, all within thirty (30) days of the date of the granting of this Motion.

Dated:  September 23, 2022        LUC A. DESPINS,
        New Haven, Connecticut    CHAPTER 11 TRUSTEE

                                  By: /s/ Patrick R. Linsey
                                      Douglas S. Skalka (ct00616)
                                      Patrick R. Linsey (ct29437)
                                      NEUBERT, PEPE & MONTEITH, P.C.
                                      195 Church Street, 13th Floor
                                      New Haven, Connecticut 06510
                                      (203) 781-2847
                                      dskalka@npmlaw.com
                                      plinsey@npmlaw.com

                                          and

                                      Nicholas A. Bassett *(pro hac vice)*
                                      PAUL HASTINGS LLP
                                      2050 M Street NW
                                      Washington, D.C., 20036
                                      (202) 551-1902
                                      nicholasbassett@paulhastings.com

                                          and

                                      Avram E. Luft *(pro hac vice)*
                                      Douglass Barron (*pro hac vice*)
                                      PAUL HASTINGS LLP
                                      200 Park Avenue
                                      New York, New York 10166
                                      (212) 318-6079
                                      aviluft@paulhastings.com

                                      *Counsel for the Chapter 11 Trustee*