**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | (Jointly Administered) |

---

| | : | |
|---|---|---|
| HK International Funds Investments (USA) Limited, LLC | : | |
| | : | |
| | : | Adv. Proceeding No. 22-05003 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Ho Wan Kwok | : | |
| | : | |
| Defendant | : | |

---

| | : | |
|---|---|---|
| Chapter 11 Trustee Luc A. Despins | : | |
| | : | |
| Counter-Plaintiff | : | |
| v. | : | |
| | : | |
| HK International Funds Investments (USA) Limited, LLC, and Mei Guo | : | |
| | : | |
| Counter-Defendants. | : | |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7065 FREEZING ASSETS OF COUNTER-DEFENDANTS

WHEREAS, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), is the counterclaim-plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), has moved for a preliminary injunction (the "Motion") freezing certain assets of counterclaim-defendants HK INTERNATIONAL FUNDS INVESTMENTS (USA) Limited LLC ("HK USA") and MEI GUO ("Ms. Guo" and, together with HK USA, collectively, the "Counterclaim-Defendants"); and

WHEREAS, on the basis of the papers submitted, following a hearing, and upon the consent of the Counterclaim-Defendants, the Trustee has demonstrated an entitlement to the requested preliminary injunction, and all objections to the Motion having been overruled;

NOW, THEREFORE, it is hereby ORDERED that:

(a) Counter-Defendants shall not transfer, encumber, move, dispose of, or in any way impair the *Lady May* until further order of the Court;

(b) Counter-Defendants shall not withdraw, transfer, encumber, move, dispose of, or in any way impair the Escrowed Funds[2] until further order of the Court;

(c) Counter-Defendant Mei Guo shall not transfer, encumber, move, dispose of, or in any way impair her interest(s) in HK USA until further order of the Court; and

(d) Counter-Defendants shall identify to the Trustee and to the Court within five days of entry of this Order any other property in which they hold an interest, and Counter-Defendants shall not transfer, encumber, move, dispose of, or in any way impair their interest(s) in such property until further order of the Court.

It is further ORDERED that:

1. The Motion is GRANTED in all respects.

2. The Trustee shall NOT be required to give a bond in connection with the preliminary injunction.

3. The Trustee is authorized to take all actions necessary to implement the terms of this Order.

4. This Order is immediately enforceable.

---

[2] "Escrowed Funds" means the funds deposited pursuant to that certain Escrow Agreement, dated as of April 28, 2022, by and among HK International Funds Investments (USA) Limited, LLC, the Official Committee of Unsecured Creditors appointed in the chapter 11 case of Ho Wan Kwok, and U.S. Bank National Association.

       5.       This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

       Dated at Bridgeport, Connecticut this 17th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut