# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEI GUO, | : | |
|     Petitioner, | : | CIVIL ACTION NO. |
| | : | 3:23cv795 (JCH) |
| v. | : | |
| | : | |
| HON. JULIE A. MANNING, | : | |
|     Respondent, | : | JUNE 23, 2023 |

## ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **THE HONORABLE KARI A. DOOLEY** for all purposes.

All future pleadings and filings in this case shall bear docket number 3:23cv795 (KAD).

**SO ORDERED.**

Dated at New Haven, Connecticut this 23rd day of June 2023.

                                        /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge