UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEI GUO | : | |
| | : | |
|     Petitioner, | : | Case No. 3:23-cv-00795 |
| v. | : | |
| | : | |
| THE HON. JULIE A. MANNING, | : | |
| Solely in her capacity as United States | : | |
| Bankruptcy Court Judge for the District | : | |
| of Connecticut, Bridgeport Division | : | September 11, 2023 |
| | : | |
|     Respondent. | : | |
| | : | |

**REQUEST FOR STATUS CONFERENCE**

    Petitioner, Mei Guo ("Ms. Guo"), by and through her undersigned counsel, respectfully requests that the Court conduct a status conference at its earliest convenience to discuss the procedure for the resolution of Ms. Guo's pending Mandamus Petition (the "Petition"). Ms. Guo has been unable to locate any authority concerning the procedure for the prosecution of a mandamus petition in the United States District Court. Thus, Ms. Guo requests a status conference to ensure that the Petition is heard.

    Ms. Guo further respectfully requests that the status conference be scheduled on the same date and at the same time as the status conference that was requested to be conducted in Case No. 23-cv-00458 via request dated September 11, 2023 (Doc No. 52).

Respectfully submitted,

By: /s/*James M. Moriarty*
Aaron A. Romney (ct28144)
James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
(203) 368-4234
(203) 368-5485 (fax)
aromney@zeislaw.com
jmoriarty@zeislaw.com


Lee Vartan (*Pro Hac Vice to be filed*)
Melissa Wernick (*Pro Hac Vice to be filed*)
lvartan@csglaw.com
mwernick@csglaw.com
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 530-2107
(973) 530-2307 (fax)

**ATTORNEYS FOR MEI GUO**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Request for Status Conference was served via electronic mail on September 11, 2023 on counsel for the Chapter 11 Trustee and counsel for the United States Trustee's Office as follows:

Nicholas Bassett, Esq. (nicholasbassett@paulhastings.com)
Avrum Luft, Esq. (aviluft@paulhastings.com)
*Counsel for the Chapter 11 Trustee*

Holley L. Claiborn (holley.l.claiborn@usdoj.gov)
*Counsel for the United States Trustee's Office*

By: */s/James M. Moriarty*